```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
VICTORIANO TAVAREZ,

                Plaintiff,

    - against -

BIKINI.COM, LLC,

               Defendant.

21-cv-9786 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant's answer was due on January 18, 2022. The time for the defendant to answer is extended to February 18, 2022. If the defendant fails to answer by then, the plaintiff may seek a default judgment against the defendant.

SO ORDERED.

Dated:    New York, New York
          February 4, 2022

                                      John G. Koeltl
                              United States District Judge